

Robert N. Black, SBN 70178
299 I Street, Suite 11B
Crescent City, CA 95531
Telephone: 707-464-7637
Facsimile: 707-464-7647
Email: rblack@attyblack.com

Attorney for Plaintiff,
CRESCENT CITY HARBOR DISTRICT

ORIGINAL FILED FEB 19 2008

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CRESCENT CITY HARBOR DISTRICT,

Plaintiff,

vs.

Vessel INTREPID, Official Number 250385 and her engines and appurtenances, *in rem*, and ROBIN J. CONOVER, an individual, *in personam*,

Defendants.

Civil Case No. CV 08 1007 JCS

**COMPLAINT IN REM AND IN PERSONAM TO FORECLOSE A MARITIME LIEN, AND FOR DEBT**

I.

Jurisdiction:

This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears. It is an admiralty and maritime claim within the meaning of Rule 9(h) FRCivP.

II.

Intradistrict Assignment:

This case is properly assignable to the San Francisco Division, in that the vessel which is the subject of this action is situated in the county of Del Norte.

III.

The *in rem* defendant vessel is now lying afloat in navigable waters, in the harbor of Crescent City, County of Del Norte, State of California, within this District and within the jurisdiction of this Court.

IV.

The *in rem* defendant vessel INTREPID, Official Number 250385, is a 61-year-old, wood-hulled vessel of approximately 24 gross and 12 net register tons and approximately 45.5 feet in register length, built in 1946 at Astoria, Oregon. At all times herein material, the defendant vessel was and is documented as a vessel of the United States by the United States Coast Guard and endorsed for recreational use.

V.

Plaintiff is informed, believes and thereon alleges that at all times herein material the defendant vessel was and is owned by defendant ROBIN J. CONOVER, of Crescent City, California, as sole owner of record.

VI.

Plaintiff CRESCENT CITY HARBOR DISTRICT is a governmental entity of the State of California, formed and existing as a Harbor District under the provisions of Sections 6000 et seq. of the Harbors and Navigation Code of the State of California.

VII.

Pursuant to authority vested in plaintiff by the State of California, plaintiff has duly enacted multiple Crescent City Harbor District Ordinances providing, among other things, the rules and regulations for berthing privately-owned vessels in the harbor area of the Harbor District.

VIII.

On or about May 18, 2004, plaintiff CRESCENT CITY HARBOR DISTRICT and defendant CONOVER made and entered into a certain agreement in writing for berthing the defendant vessel INTREPID – then named the AQUARIUS -- in plaintiff's harbor. Said agreement consisted of a one-page "Berthing Permit and Rental Agreement." A true copy of said agreement is attached hereto as Exhibit A and is incorporated by this reference.

IX.

Said "Berthing Permit and Rental Agreement" provides for berthage fees and related charges to be paid on a monthly basis.

X.

Plaintiff has furnished berthage to the defendant vessel, pursuant to said agreement, continuously to the present date. The defendant owner CONOVER has not made a payment since July 20, 2005 and now has fallen so badly in arrears that there is now outstanding, due, and owing to plaintiff from the defendant owner CONOVER the total sum of $6659.46 in unpaid berthage fees and charges, including accrued interest hereon and late-payment handling charges through August 1, 2007, all of which sum, although demanded, remains outstanding, due and owing, and unpaid. Moreover, such berthage fees and charges, including interest and late-payment handling charges, are continuing to accrue and will continue to do so until paid in full.

XI.

Paragraph 6 of the "Berthing Permit and Rental Agreement" provides that should the Harbor District institute the legal action to enforce the Agreement, the defendant owner CONOVER agrees to pay reasonable attorney's fees as fixed by the court, together with all other costs and expenses incurred by the District.

XII.

Because suit has become necessary by reason of defendant's default in payment of the balance due, plaintiff has had to retain the services of an attorney to bring this action, and therefore a reasonable attorney's fee, plus court costs, including the cost of arrest and custody, is

likewise due and owing. The sum of $5000.00 is a reasonable sum for the services of plaintiff's attorney ROBERT N. BLACK in this action.

XIII.

By reason of the foregoing, plaintiff has, claims and holds a maritime lien upon the defendant vessel, her engines and all her other appurtenances, which may be enforced by suit in rem in admiralty, for payment of the outstanding berthage fees and related charges, with interest thereon and late-payment handling charges, plus costs of enforcement, as well as expenses incurred in the raising and landing of the defendant vessel. Plaintiff therefore files this action to enforce its lien against the default vessel and to collect said indebtedness, plus costs, including court costs and costs of judicial administration, including costs of arrest and custody of the vessel during the pendency of this action.

WHEREFORE, plaintiff prays:

1. That process against and warrant for arrest of the defendant vessel INTREPID, Official Number 250385, and her engines and appurtenances, *in rem*, may issue and that all persons having or claiming an interest therein be cited to appear and answer to the matters aforesaid.
2. That plaintiff have judgment against the defendant vessel *in rem* and against the defendant debtor *in personam* in the amount of the claims and demands aforesaid, including the aforesaid sum of $6659.46, for berthage, accrued interest and late-payment handling charges to August 1, 2007, plus continuing berthage, accrued interest and late-payment handling charges from that date until paid, and for such additional and further sums as plaintiff may advance or incur in this action, including administrative, custodial and court costs, and the sum of $5000.00, or such greater or lesser sum as the court may adjudge reasonable for plaintiff's attorney fees, all with interest thereon at the legal rate until paid.
3. That the defendant vessel and her appurtenances be condemned and sold by the United States Marshal for this District, in accordance with the law and the admiralty practices of this Court; that plaintiff have leave to bid at such sale, without payment of cash, up to the

amount of its lien against the vessel, including its Court costs; and that the lien of plaintiff be applied to the proceeds of sale in the registry of the Court, with the rank and priority of a preferred maritime lien.

4. That the interests, liens, claims and equities of redemption of any and all persons and parties in or to the defendant vessel and her appurtenances be foreclosed and forever barred, and that the defendant vessel and her appurtenances be sold free and clear thereof at such sale.

5. That the proceeds of such sale, after deduction of court costs and charges, including the Marshal's costs and charges, be distributed to plaintiff.

6. That plaintiff have and receive from defendant CONOVER the amount of any deficiency remaining in the full payment of the aforesaid indebtedness after such foreclosure sale of the defendant vessel.

7. For such other and further relief as is just and proper in the premises.

8.

Dated: 2/14/08

By: [signature]
ROBERT N. BLACK, Attorney for Plaintiff

VERIFICATION

UNDER PENALTY OF PERJURY

I, Richard Young, under penalty of perjury, do hereby declare and certify to the Court that:

1. I am the Harbor Master and CEO of the Crescent City Harbor District, plaintiff, in this action.
2. I have read the foregoing Complaint and know the contents thereof and the same are true of my own knowledge, except as matters stated on information and belief, and that as to those matters I believe them to be true.
3. The source of my information and the grounds of my belief are the records of the Harbor District and the official records of the United States Coast Guard.
4. Wherefore I make this declaration under penalty of perjury on this 14th day of February 2008, at Crescent City, California.

RICHARD YOUNG