1

Robert N. Black, SBN 70178
299 I Street, Suite 11B

2

Crescent City, CA 95531

3

Telephone:  707-464-7637
Facsimile:  707-464-7647

4

Email:  rblack@attyblack.com

5

6

Attorney for Plaintiff,

7

CRESCENT CITY HARBOR DISTRICT

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14

CRESCENT CITY HARBOR DISTRICT,    )        Civil Case No.
          Plaintiff,                              )

15

vs.                                               )

16

                                                  )

17

Vessel INTREPID, Official Number 250385 )      **NOTICE OF REQUEST FOR REVIEW**
and her engines and appurtenances, *in rem*,  )   **IN ACCORDANCE WITH**
and ROBIN J. CONOVER, an individual,    )      **FRCivP Supp C.**

18

*in personam*,                                    )
          Defendants.                             )

19

                                                  )

20

21

22

     Plaintiff respectfully makes application to the Court for an Order authorizing issuance of a

23

warrant for arrest of the *in rem* vessel and her engines and appurtenances, under the provisions of

24

Supplemental Rule C, FRCivP.

25

26

27

28

1    This application is based on said Supplemental Rule and on 46 USC 31342, the supporting

2    Memorandum of Points and Authorities, the verified complaint and on all the pleadings, exhibits

3    and documents on filed in this action.

4

5    Dated: 2/14/08

6

7    Respectfully submitted,

8

9

10   By: _____
         ROBERT N. BLACK, Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28