Robert N. Black, SBN 70178
299 I Street, Suite 11B
Crescent City, CA 95531
Telephone: 707-464-7637
Facsimile: 707-464-7647
Email: rblack@attyblack.com

Attorney for Plaintiff,
CRESCENT CITY HARBOR DISTRICT

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br>    Plaintiff,<br><br>vs.<br><br>Vessel INTREPID, Official Number 250385<br>and her engines and appurtenances, *in rem*,<br>and ROBIN J. CONOVER, an individual,<br>*in personam*,<br>    Defendants. | Civil Case No.<br><br>CV 08 1007<br><br>**MEMORANDUM OF POINTS AND**<br>**AUTHORITIES IN SUPPORT OF**<br>**MOTION FOR ISSUANCE OF**<br>**WARRANT FOR ARREST OF**<br>**VESSEL** |

I. Judicial Review Required.

Where Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims, FRCivP, formerly authorized the Clerk of the Court to issue a warrant for the arrest of a defendant vessel forthwith upon the filing of the complaint, the Rule has now been amended to

require judicial review of the complaint and of any supporting papers, and a finding that the conditions for an action *in rem* appear to exist, before the Clerk may issue the warrant.

Rule C(3), as so amended, reads in pertinent part as follows:

> **Rule C. Actions in Rem: Special Provisions**
> (3) <u>Judicial Authorization and Process</u>. Except in actions by the United States for forfeitures for federal statutory violations, the verified complaint and any supporting papers shall be reviewed by the court and, if the conditions for an action in rem appear to exist, an order so stating and authorizing a warrant for the arrest of the vessel or other property that is the subject of the action shall issue and be delivered to the clerk who shall prepare the warrant and deliver it to the marshal for service.
>
> ". . . .If the plaintiff or his attorney certifies that exigent circumstances make review by the court impracticable, the clerk shall issue a summons and warrant for the arrest and the plaintiff shall have the burden on a post-arrest hearing under Rule E(4)(f) to show that exigent circumstances existed . . . .

## II. Action Properly in Rem.

As is more fully shown by the verified complaint and the supporting papers on file herein, the present action is a suit in admiralty under the provisions of 46 USC 31342 for foreclosure of a maritime lien upon the defendant vessel and is an action properly *in rem* under the provisions of 46 USC 31342, which reads as follows:

> Sec. 31342. **Establishing Maritime Liens**
> A person providing necessaries to a vessel (except a public vessel) on the order of a person listed in section 31341 of this title or a person authorized by the owner –
>
> (1) has a maritime lien on the vessel;
> (2) may bring a civil action *in rem* to enforce the lien; and
> (3) is not required to allege or prove in the action that credit was given to the vessel.

### III. The Proposed Warrant is on the Standard Form.

The form of warrant which plaintiff proposes for issuance in this action is on the standard form for such warrants, from the Appendix of Forms in admiralty and maritime claims, formerly printed for use in this District, and available from the Clerk. A copy of the Form 2, Warrant, is attached hereto as Exhibit A, and a copy of the proposed warrant is attached hereto as Exhibit B.

Dated: 2/14/08

Respectfully submitted,

By: *[signature]*
ROBERT N. BLACK, Attorney for Plaintiff

[FORM]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Vessel INTREPID, Official Number 250385 ) <br> and her engines and appurtenances, *in rem*, ) <br> and ROBIN J. CONOVER, an individual, ) <br> *in personam*, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Case No. <br><br> **WARRANT FOR ARREST OF VESSEL OR OTHER PROPERTY IN CIVIL ACTION. [RULES C (3), (6), AND E (4)(b), (5)(a) THROUGH (c), SUPPLEMENTAL RULES FOR CERTAIN AMIRALTY AND MARITIME CLAIMS, FEDERAL RULES OF CIVIL PROCEDURE]** |

To the United States Marshal of the above-named District:


YOU ARE HEREBY COMMANDED to arrest and take into custody, until further order of the Court, the following described property:  Vessel XXXXXX, Official No. XXXXXX, and her engines and appurtenances.


YOU ARE FURTHER COMMANDED, if the character or situation of the vessel or other property is such that the taking of actual possession is impracticable, to affix a copy of this

EXHIBIT A

1 | warrant in a conspicuous place on said vessel or other property and to leave a copy of the warrant
2 | and complaint in the action with the person having possession of the vessel or other property, or
3 | his agent. Claims of persons entitled to possession of the vessel or other property arrested
4 | hereunder shall be filed with the Clerk of this Court and a copy thereof served on plaintiff's
5 | attorney within 10 days after publication of the notice of arrest of the vessel or other property
6 | and answers to the complaint shall be filed and served within 30 days after the date of
7 | publication of said notice of arrest.

                              Clerk, United States District Court

DATED:                        By: _____
                                  Deputy Clerk

```
 1  Robert N. Black, SBN 70178
    299 I Street, Suite 11B
 2  Crescent City, CA 95531
    Telephone: 707-464-7637
 3  Facsimile: 707-464-7647
 4  Email: rblack@attyblack.com
 5
 6  Attorney for Plaintiff,
 7  CRESCENT CITY HARBOR DISTRICT
 8
 9
10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION
13
14  CRESCENT CITY HARBOR DISTRICT,  )   Civil Case No.
          Plaintiff,                )
15                                  )
    vs.                             )
16                                  )
    Vessel INTREPID, Official Number 250385 )  [PROPOSED]
17  and her engines and appurtenances, in rem, )  WARRANT FOR ARREST OF
    and ROBIN J. CONOVER, an individual, )  VESSEL AND APPURTENANCES
18  in personam,                    )
          Defendants.               )
19                                  )
20
21  To the United States Marshal of the above-named District:
22
23      YOU ARE HEREBY COMMANDED to arrest and take into custody, until further order of
24
    the Court, the following described property:
25
26  Vessel INTREPID, Official No. 250385, and her engines and appurtenances.
27      YOU ARE FURTHER COMMANDED, if the character or situation of the vessel or other
28  property is such that the taking of actual possession is impracticable, to affix a copy of this
```

Page 1 of 2
Warrant For Arrest of Vessel & Appurtenances

EXHIBIT B

warrant in a conspicuous place on said vessel or other property and to leave a copy of the warrant and complaint in the action with the person having possession of the vessel or other property, or his agent.

Claims of persons entitled to possession of the vessel or other property arrested hereunder shall be filed with the Clerk of this Court and a copy thereof served on plaintiff's attorney within 10 days after publication of the notice of arrest of the vessel or other property and answers to the complaint shall be filed and served within 30 days after the date of publication of said notice of arrest.

Dated: _____

_____
Clerk, United States District Court

By: _____