UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRESCENT CITY HARBOR DISTRICT,

        Plaintiff(s),

   v.

Vessel INTREPID, Official Number 250385 and her engines and appurtenances, in rem, and ROBIN J. CONOVER, an individual.
        Defendant(s).
_____/

No. C V 08 1007 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 2/25/08

_____
Signature

Counsel for   Plaintiff
(Plaintiff, Defendant or indicate "pro se")