```
1  Robert N. Black, SBN 70178
2  299 I Street. Suite 11B
   Crescent City, CA 95531
3  Telephone: 707-464-7637
   Facsimile: 707-464-7647
4  Email: rblack@attyblack.com
5
6
7  Attorney for Plaintiff,
   CRESCENT CITY HARBOR DISTRICT
```

FILED
2008 FEB 28 AM 10:58
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

RECEIVED
FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JCS

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, | Civil Case No. |
| Plaintiff, | CV 08 1007 |
| vs. | |
| Vessel INTREPID, Official Number 250385 and her engines and appurtenances, *in rem*, and ROBIN J. CONOVER, an individual, *in personam*, | [PROPOSED] ORDER GRANTING APPLICATION FOR ISSUANCE OF WARRANT FOR ARREST OF VESSEL |
| Defendants. | |

TO THE CLERK OF THE COURT:

The Court, having received and reviewed the plaintiff's Request for Review, along with the verified Complaint herein, hereby approves the request and directs that the requested Warrant be issued.

Dated: 2/27/08

JOSEPH C. SPERO
Magistrate Judge