```
Robert N. Black, SBN 70178
299 I Street, Suite 11B
Crescent City, CA 95531
Telephone: 707-464-7637
Facsimile: 707-464-7647
Email: rblack@attyblack.com
```

FILED
2008 FEB 28  AM 11: 02
RICHARD W. WICKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

Attorney for Plaintiff,
CRESCENT CITY HARBOR DISTRICT

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br>　　　Plaintiff,<br><br>vs.<br><br>Vessel INTREPID, Official Number 250385<br>and her engines and appurtenances, *in rem*,<br>and ROBIN J. CONOVER, an individual,<br>*in personam*,<br>　　　Defendants. | Civil Case No.<br><br>CV 08  1007<br><br>[~~PROPOSED~~]<br>**WARRANT FOR ARREST OF**<br>**VESSEL AND APPURTENANCES** |

To the United States Marshal of the above-named District:

　　YOU ARE HEREBY COMMANDED to arrest and take into custody, until further order of the Court, the following described property:

Vessel INTREPID, Official No. 250385, and her engines and appurtenances.

　　YOU ARE FURTHER COMMANDED, if the character or situation of the vessel or other property is such that the taking of actual possession is impracticable, to affix a copy of this

1  warrant in a conspicuous place on said vessel or other property and to leave a copy of the warrant
2  and complaint in the action with the person having possession of the vessel or other property, or
3  his agent.
4
5      Claims of persons entitled to possession of the vessel or other property arrested hereunder
6  shall be filed with the Clerk of this Court and a copy thereof served on plaintiff's attorney within
7  10 days after publication of the notice of arrest of the vessel or other property and answers to the
8  complaint shall be filed and served within 30 days after the date of publication of said notice of
9  arrest.
10
11
12  Dated: Feb. 28, 2008
13
14                                      **RICHARD W. WIEKING**
15                                      Clerk, United States District Court
16                                 By: /s/ Karen L. Hom
17                                         KAREN L. HOM
18
19
20
21
22
23
24
25
26
27
28