Robert N. Black, SBN 70178
299 I Street, Suite 11B
Crescent City, CA 95531
Telephone: 707-464-7637
Facsimile: 707-464-7647
Email: rblack@attyblack.com

Attorney for Plaintiff,
CRESCENT CITY HARBOR DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Vessel INTREPID, Official Number 250385 )<br>and her engines and appurtenances, *in rem*, )<br>and ROBIN J. CONOVER, an individual, )<br>*in personam*, )<br>)<br>Defendants. )<br>_____ ) | Civil Case No. CV 08-1007 JCS<br><br>**ERRATA CORRECTION**<br>**SUBMITAL OF OMITED**<br>**EXHIBIT A TO COMPLAINT** |

    Plaintiff herewith files Exhibit A to the Complaint herein, which was inadvertently omitted in the original filing of the Complaint.

Dated: 2/28/08

By: [signature]
ROBERT N. BLACK, Attorney for Plaintiff

# CRESCENT CITY HARBOR DISTRICT
101 CITIZENS DOCK ROAD  (707) 464-6174  FAX (707) 465-3535
CRESCENT CITY, CA 95531

5/20/07

## BERTHING PERMIT AND RENTAL AGREEMENT

Name of Vessel **AQUARIUS**    Documentation No. **250385**

Registration No. _____    Home Port **Crescent City, CA**    O.A.L. **45'**

Beam _____    Draft _____    Net Tons _____    Gross Tons _____

Owner(s) of Vessel **Robin J. Conover**    Phone No. **707-465-9068**

Address of Owner **900 Ferndale Lane, Crescent City, CA 95531**    Social Security No. **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**

Name of Operator if Other than Owner _____    Phone No. _____

Address _____    Social Security No. _____

Effective Date of Permit **5/18/04**

The CRESCENT CITY HARBOR DISTRICT hereinafter called "DISTRICT" and **Robin J. Conover** hereinafter called "APPLICANT", agree as follows:

1. (a) DISTRICT rents space for berthing the aforedescribed vessel in berth number **H-dock** in the Crescent City Harbor District Boat Basin, which space is subject to reassignment by the DISTRICT as follows:

   _____ Annually, at the initial rate of $_____ per year, payable in advance on the effective date of this Permit, as shown above, and every one-year anniversary thereafter.

   _____ Semi-Annually, at the initial rate of $_____, payable in advance on the effective date of this Permit, as shown above, and every six-month anniversary thereafter.

   _____ Seasonally, at the rate of $_____, payable in advance on the effective date of this Permit. Seasonal rate is available only for slips in the Outer Boat Basin. Season runs from May 1 through October 31.

   **X** Monthly, at the initial rate of $**134.00 summer; $90.00 winter** per month, payable in advance on the effective date of this Permit as shown above and on the first day of each month thereafter.

   (b) DISTRICT reserves the right, without refund or deduction of rent, to allow other vessels to use the berth space assigned herein on a temporary basis while the above-named vessel is away from the Crescent City Harbor.

   (c) The rental rate set forth above is subject to increase once per year pursuant to Article III of Crescent City Harbor District Ordinance Number 32. Any increases in the above rates shall be as specified in the Schedule of Moorage Fees adopted by the Board of Harbor Commissioners and shall become effective on the date rent is next due at least thirty (30) days after publication in a newspaper of general circulation in Del Norte County. No further notice to applicant shall be required to increase fees.

   (d) In addition, APPLICANT shall pay to DISTRICT as additional rent a harbor services fee in the initial amount of $**40.00**, which amount may later be increased in the DISTRICT'S Schedule of Service Fees, and said amount shall be payable at the same time as other payments set forth in subparagraph (c).

   (e) All accounts are due on the first of the month. In addition to other penalties, all amounts not paid or postmarked on or before the twentieth of the month shall accrue interest at the rate of **10**% per annum.

2. This agreement shall remain in effect until terminated in writing by either party. The DISTRICT also may terminate immediately all rights under this Permit and Agreement for failure to pay when due any fees or amounts provided for herein, for failure to comply with any rules, regulations or ordinances of the DISTRICT, or for any other default of any obligation herein, if said amounts are not paid or other default not cured within seven (7) days after written notice of the default. Upon written notice of termination APPLICANT shall immediately remove the vessel from the assigned berth and out of and away from the DISTRICT'S facilities.

3. If the annual, semi-annual, or seasonal berthing permit fee has been selected and it is not paid within thirty (30) days after it has become due, the APPLICANT shall be conclusively deemed to have abandoned the annual, semi-annual, or seasonal method of payment and selected the monthly method and the monthly rates and time of payment.

4. In the event APPLICANT is more than thirty (30) days delinquent in the payment of any sum due DISTRICT under this Permit and Agreement, DISTRICT may padlock or otherwise confine the above described vessel, move it to another location, or move or haul it to dry storage at APPLICANT'S expense. It is expressly understood and agreed that DISTRICT may hold, impound or store said vessel until all monies due DISTRICT have been paid and that this right of DISTRICT shall be prior to the claims, rights or security of any other person, firm or corporation. All rights and remedies provided the DISTRICT herein are cumulative.

5. In the event an APPLICANT who has selected the annual, semi-annual, or seasonal method of payment, and has paid the rental in advance as required herein, elects to relinquish this permit and move his vessel out of the assigned berth, the berthing permit fee shall be computed at the monthly rate as hereinabove provided and any excess amount paid by APPLICANT shall be refunded to APPLICANT provided the APPLICANT is not then in default or violation of this Permit and Agreement.

6. If DISTRICT institutes legal action to enforce any portion of this Agreement or to collect any sum of monies due, APPLICANT shall further pay to DISTRICT reasonable attorney's fees as fixed by the Court, together with all other costs and expenses incurred by DISTRICT.

7. All notices required or allowed under this Permit and Agreement shall be duly given by the DISTRICT upon mailing, postage prepaid, to owner, operator, or APPLICANT at an address written in above, by personal delivery to owner, operator, or APPLICANT, or by posting on the vessel. Notice to DISTRICT shall be duly given upon receipt at the DISTRICT'S office at the above address.

8. This Permit and Agreement is for rental of space only, such space to be used at the sole risk of APPLICANT and the owner of the aforedescribed vessel, and neither the DISTRICT nor its Board of Harbor Commissioners, its Chief Executive Officer, Harbor Master, employees or representatives shall be responsible or liable to any extent or in any manner for the care or protection of the aforedescribed vessel or its gear, equipment, or contents, or for any loss or damage of whatever kind or nature to said vessel, her gear, equipment, or contents howsoever caused or occasioned. APPLICANT hereby releases the DISTRICT from all claims and causes of action therefor that exist or may arise in the future.

EXHIBIT A (PAGE 1 OF 2)

9. APPLICANT covenants and agrees to indemnify and save harmless the DISTRICT, its Board of Harbor Commissioners, Chief Executive Officer, Harbor Master, employees and representatives against any and all damages of property or injuries or death of any persons arising from APPLICANT'S use of the DISTRICT'S Inner Boat Basin or other facilities, and from intentional, careless, or negligent acts of conduct (or failure to act) of APPLICANT, owner, or their agents, employees, guests or representatives, and to further defend, indemnify and save harmless the DISTRICT, its Board of Harbor Commissioners, Chief Executive Officer, Harbor Master, employees, and representatives, against any and all claims, actions, proceedings, expenses and liabilities whatsoever arising therefrom or connected therewith.

10. APPLICANT agrees to pay, on demand of DISTRICT, for all damage done to DISTRICT'S property or facilities by APPLICANT or the aforedescribed vessel or by APPLICANT'S agents, employees or representatives.

11. Pursuant to California Harbors and Navigation Code section 502, if the above vessel is not a documented vessel, then the owner thereof hereby expressly consents to the amount of any lien on the vessel exceeding $1,500.00 if total fees incurred at the above-indicated rate or any rate increased as specified above, accumulate to exceed that amount in the future.

12. APPLICANT covenants and agrees to comply with and abide by all of the terms, covenants, conditions and provisions of this Permit and Agreement and to abide by and comply with all applicable laws, rules, and regulations, including all applicable ordinances, rules and regulations of the Crescent City Harbor District now or hereafter existing, and including amendments thereto. APPLICANT warrants that if he or she is not the owner, he or she has authority to pledge the vessel to the performance of this Agreement and understands that the APPLICANT, owner, and vessel are all responsible for all charges set forth herein. APPLICANT acknowledges receipt of a copy of Ordinance Number 32 and the current Schedule of Service Fees. APPLICANT has read and received a copy of the "Notice to Vessel Owners and Operators".

DISTRICT

By _Kathy Bruer_ (signature)

FOR OFFICE USE ONLY

APPLICANT

X _Robin J Conover_ (signature)
Owner

EXHIBIT A (PAGE 2 of 2)