AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| (See Attachment of list of documents) DATE 4-10-2008 |
| Service of the Summons and Complaint was made by me [1] |
| Name of SERVER: Deyanne Dusty Harrison    TITLE: |
| Check one box below to indicate appropriate method of service |

☒ Served Personally upon the Defendant. Place where served:
1419 Dorchester Drive
Roseville, CA 95678    3:40pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $80.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-10-2008
Date

Signature of Server

DEYANNE "DUSTY" HARRISON
P.O. BOX 1695
LOOMIS, CA 95650
PLACER COUNTY # 05-002
916-759-3759

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**Return of Service (attachment of documents served)**

**Robin Conover** Case No. CV 08 1007 JCS
Crescent City Harbor District v. Vessel Inrepid, Official Number 250385 and her engines and appurtenances, *in rem*, and Robin J Conover, an individual, *in personam*

1. Summons
2. Complaint
3. ECF Registration Handout
4. [Proposed] Order Granting application for issuance of warrant for arrest of Vessel
5. Notice of Request for Review in Accordance with FRCivP SuppC
6. Memorandum of Points and Authorities in Support of Motion for Issuance of Warrant for arrest of Vessel
7. Notice of Assignment of Case w consent to proceed before a Maj. Judge and declination to proceed request for reassignment to a US district judge
8. Signed Consent to proceed before a US Magistrate Judge
9. Warrant for arrest of vessel and appurtenances
10. Errata Correction Submittal of Omitted Exhibit A to Complaint
11. Motion for Substitute Custodian
12. Notice of Motion for substitute Custodian
13. Counsel Declaration in Support of Substitute Custodian
14. Declaration of Substitute Custodian
15. Order for Substitute Custodian
16. Request for Telephonic Appearance