Robert N. Black, SBN 70178
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone  707-464-7637
Fax    707-464-7647
Email  rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br><br>    Plaintiff,<br><br>  vs.<br><br>Vessel INTREPID, Official Number 250385, her engines and appurtenances, *in rem*, and ROBIN J. CONOVER, an individual, *in personam*,<br><br>    Defendants. | Case No.: CV 08 1007 JCS<br><br>DECLARATION OF COUNSEL IN SUPPORT OF APPOINTMENT OF SUBSTITUTE CUSTODIAN |

I, ROBERT N. BLACK, declare and state as follows:

1. I am the attorney for Plaintiff CRESCENT CITY HARBOR DISTRICT herein, and submit this affidavit in support of entry of an order appointing Crescent City Harbor District as substitute custodian of the vessel INTREPID.

2. This is an action *in rem* and *in personam* to foreclose a maritime lien and for debt resulting from unpaid berthage fees and related charges, totaling $6659.46 as of August 1, 2007.

DECLARATION OF COUNSEL - 1

3.  Warrant for Arrest, *in rem*, of the vessel INTREPID was issued on February 28, 2008, but has not yet been executed.  Copies of the Verified Complaint and Warrant of Arrest are attached hereto.

4.  The vessel INTREPID is presently on land on Crescent City Harbor District property near the Harbor District office and in no danger of imminent sailing.  Your declarant is advised by Crescent City Harbor District Harbor Master and C.E.O, Richard Young, that there appears to be no danger of damage to or unusual deterioration of the vessel INTREPID while she so remains ashore.  Accordingly, there appears to be no necessity for the appointment of a keeper by the U.S. Marshal or for the vessel INTREPID to remain in the custody of the U.S. Marshal while under maritime arrest.

5.  The Crescent City Harbor District is, upon information and belief, fully competent to continue to ensure the security of the vessel INTREPID.

6.  Richard Young has advised your declarant that the Crescent City Harbor District has agreed to accept responsibility for the vessel INTREPID while under maritime arrest and to act as Substitute Custodian herein.

7.  It is, upon information and belief, the current standard procedure of the U.S. Marshal's office for the Northern District of California to appoint a substitute custodian in all cases of maritime arrest.

8.  Attached hereto is a copy of certificate of insurance reflecting a one million dollar policy for marina operators' legal liability and a one million

DECLARATION OF COUNSEL - 2

dollar policy of insurance for general liability in force on behalf of the proposed custodian, Crescent City Harbor District.

Wherefore, your declarant respectfully requests that Crescent City Harbor District be appointed substitute custodian of the vessel INTREPID, her engines and appurtenances, after her arrest by the U.S. marshal, that said substitute custodian be bound to indemnify, hold harmless and defend the U.S. Marshal, the United States and the United States District Court for the Northern District of California from any liability arising, during or incidental to service as substitute custodian.

I declare under penalty of perjury that the foregoing is true and correct; and that the declaration was executed on April ___, 2008 at Crescent City, California.

                                                  ROBERT N. BLACK
                                                  Attorney for Plaintiff

DECLARATION OF COUNSEL - 3

1  Robert N. Black, SBN 70178
2  299 I Street, Suite 11B
   Crescent City, CA 95531
3  Telephone: 707-464-7637
   Facsimile: 707-464-7647
4  Email: rblack@attyblack.com
5
6  Attorney for Plaintiff,
7  CRESCENT CITY HARBOR DISTRICT

E-filing



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, ) | Civil Case No. |
| Plaintiff, ) | |
| vs. ) | CV 08 1007 |
| Vessel INTREPID, Official Number 250385 ) and her engines and appurtenances, *in rem*, ) and ROBIN J. CONOVER, an individual, ) *in personam*, ) | **COMPLAINT IN REM AND IN PERSONAM TO FORECLOSE A MARITIME LIEN, AND FOR DEBT** |
| Defendants. ) | |

I.

Jurisdiction:

This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears. It is an admiralty and maritime claim within the meaning of Rule 9(h) FRCivP.

II.

Intradistrict Assignment:

This case is properly assignable to the San Francisco Division, in that the vessel which is the subject of this action is situated in the county of Del Norte.

III.

The *in rem* defendant vessel is now lying afloat in navigable waters, in the harbor of Crescent City, County of Del Norte, State of California, within this District and within the jurisdiction of this Court.

IV.

The *in rem* defendant vessel INTREPID, Official Number 250385, is a 61-year-old, wood-hulled vessel of approximately 24 gross and 12 net register tons and approximately 45.5 feet in register length, built in 1946 at Astoria, Oregon. At all times herein material, the defendant vessel was and is documented as a vessel of the United States by the United States Coast Guard and endorsed for recreational use.

V.

Plaintiff is informed, believes and thereon alleges that at all times herein material the defendant vessel was and is owned by defendant ROBIN J. CONOVER, of Crescent City, California, as sole owner of record.

VI.

Plaintiff CRESCENT CITY HARBOR DISTRICT is a governmental entity of the State of California, formed and existing as a Harbor District under the provisions of Sections 6000 et seq. of the Harbors and Navigation Code of the State of California.

VII.

Pursuant to authority vested in plaintiff by the State of California, plaintiff has duly enacted multiple Crescent City Harbor District Ordinances providing, among other things, the rules and regulations for berthing privately-owned vessels in the harbor area of the Harbor District.

1  likewise due and owing. The sum of $5000.00 is a reasonable sum for the services of plaintiff's
2  attorney ROBERT N. BLACK in this action.

3                                              XIII.

4  By reason of the foregoing, plaintiff has, claims and holds a maritime lien upon the defendant
5  vessel, her engines and all her other appurtenances, which may be enforced by suit in rem in
6  admiralty, for payment of the outstanding berthage fees and related charges, with interest thereon
7  and late-payment handling charges, plus costs of enforcement, as well as expenses incurred in
8  the raising and landing of the defendant vessel. Plaintiff therefore files this action to enforce its
9  lien against the default vessel and to collect said indebtedness, plus costs, including court costs
10 and costs of judicial administration, including costs of arrest and custody of the vessel during the
11 pendency of this action.

12 WHEREFORE, plaintiff prays:

13   1. That process against and warrant for arrest of the defendant vessel INTREPID, Official
14      Number 250385, and her engines and appurtenances, *in rem*, may issue and that all
15      persons having or claiming an interest therein be cited to appear and answer to the
16      matters aforesaid.

17   2. That plaintiff have judgment against the defendant vessel *in rem* and against the
18      defendant debtor *in personam* in the amount of the claims and demands aforesaid,
19      including the aforesaid sum of $6659.46, for berthage, accrued interest and late-payment
20      handling charges to August 1, 2007, plus continuing berthage, accrued interest and late-
21      payment handling charges from that date until paid, and for such additional and further
22      sums as plaintiff may advance or incur in this action, including administrative, custodial
23      and court costs, and the sum of $5000.00, or such greater or lesser sum as the court may
24      adjudge reasonable for plaintiff's attorney fees, all with interest thereon at the legal rate
25      until paid.

26   3. That the defendant vessel and her appurtenances be condemned and sold by the United
27      States Marshal for this District, in accordance with the law and the admiralty practices of
28      this Court; that plaintiff have leave to bid at such sale, without payment of cash, up to the

amount of its lien against the vessel, including its Court costs; and that the lien of plaintiff be applied to the proceeds of sale in the registry of the Court, with the rank and priority of a preferred maritime lien.

4. That the interests, liens, claims and equities of redemption of any and all persons and parties in or to the defendant vessel and her appurtenances be foreclosed and forever barred, and that the defendant vessel and her appurtenances be sold free and clear thereof at such sale.

5. That the proceeds of such sale, after deduction of court costs and charges, including the Marshal's costs and charges, be distributed to plaintiff.

6. That plaintiff have and receive from defendant CONOVER the amount of any deficiency remaining in the full payment of the aforesaid indebtedness after such foreclosure sale of the defendant vessel.

7. For such other and further relief as is just and proper in the premises.

Dated: 2/14/08

By: *[signature]*
ROBERT N. BLACK, Attorney for Plaintiff

|   |   |
|---|---|
| 1 | VERIFICATION |
| 2 | UNDER PENALTY OF PERJURY |
| 3 |   |
| 4 | I, Richard Young, under penalty of perjury, do hereby declare and certify to the Court that: |
| 5 | 1. I am the Harbor Master and CEO of the Crescent City Harbor District, plaintiff, in this |
| 6 | action. |
| 7 | 2. I have read the foregoing Complaint and know the contents thereof and the same are true |
| 8 | of my own knowledge, except as matters stated on information and belief, and that as to |
| 9 | those matters I believe them to be true. |
| 10 | 3. The source of my information and the grounds of my belief are the records of the Harbor |
| 11 | District and the official records of the United States Coast Guard. |
| 12 | 4. Wherefore I make this declaration under penalty of perjury on this _14th_ day of _February_ |
| 13 | 2008, at Crescent City, California. |

*(signature)*

RICHARD YOUNG

Robert N. Black, SBN 70178
299 I Street, Suite 11B
Crescent City, CA 95531
Telephone: 707-464-7637
Facsimile: 707-464-7647
Email: rblack@attyblack.com

FILED
2008 FEB 28 A 11:02
RICHARD W. WIEKING
CLERK
U S DISTRICT COURT

Attorney for Plaintiff,
CRESCENT CITY HARBOR DISTRICT

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br>    Plaintiff,<br><br>vs.<br><br>Vessel INTREPID, Official Number 250385<br>and her engines and appurtenances, *in rem*,<br>and ROBIN J. CONOVER, an individual,<br>*in personam*,<br>    Defendants. | Civil Case No.<br><br>CV 08 1007 JCS<br><br>[PROPOSED]<br>**WARRANT FOR ARREST OF**<br>**VESSEL AND APPURTENANCES** |

To the United States Marshal of the above-named District:

YOU ARE HEREBY COMMANDED to arrest and take into custody, until further order of the Court, the following described property:

Vessel INTREPID, Official No. 250385. and her engines and appurtenances.

YOU ARE FURTHER COMMANDED, if the character or situation of the vessel or other property is such that the taking of actual possession is impracticable, to affix a copy of this

| | |
|---|---|
| 1 | warrant in a conspicuous place on said vessel or other property and to leave a copy of the warrant |
| 2 | and complaint in the action with the person having possession of the vessel or other property, or |
| 3 | his agent. |
| 4 | |
| 5 | Claims of persons entitled to possession of the vessel or other property arrested hereunder |
| 6 | shall be filed with the Clerk of this Court and a copy thereof served on plaintiff's attorney within |
| 7 | 10 days after publication of the notice of arrest of the vessel or other property and answers to the |
| 8 | complaint shall be filed and served within 30 days after the date of publication of said notice of |
| 9 | arrest. |

Dated: Feb. 28, 2008

**RICHARD W. WIEKING**
Clerk, United States District Court

By: _Karen L. Hom_
    KAREN L. HOM

# ACORD CERTIFICATE OF LIABILITY INSURANCE

OP ID KN: CRESC-7
DATE (MM/DD/YYYY): 03/21/08

| PRODUCER | |
|---|---|
| NorthWest Insurance Agency-CC<br>Agency License #0580581<br>1325 Northcrest Drive<br>Crescent City CA 95531<br>Phone: 707-465-6508  Fax: 707-465-5422 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Fireman's Fund Insurance Co. | 21873 |
| INSURER B: Travelers | 36161 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

**INSURED**
Crescent City Harbor District
Rich Taylor
101 Citizens Dock Road
Crescent City CA 95531

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| B | X | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE  X OCCUR | 6607747A683 | 07/01/07 | 07/01/08 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $50,000 |
| | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY  PROJECT  LOC | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN AUTO ONLY:  EA ACC<br>AGG | $<br>$ |
| | | EXCESS/UMBRELLA LIABILITY<br>OCCUR  CLAIMS MADE<br>DEDUCTIBLE<br>RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATUTORY LIMITS  OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | | OTHER<br>Marina Operators Legal Liability | OHL99700100 | 07/01/07 | 07/01/08 | Limit | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| MISC-06<br><br>Insured's Copy | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  **10**  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE *[signature]* |