Robert N. Black, SBN 70178
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone   707-464-7637
Fax       707-464-7647
Email    rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, | Case No.: CV 08 1007 JCS |
| Plaintiff, | DECLARATION OF RICHARD YOUNG FOR SUBSTITUTE CUSTODIAN |
| vs. | |
| Vessel INTREPID, Official Number 250385, her engines and appurtenances, *in rem*, and ROBIN J. CONOVER, an individual, *in personam*, | |
| Defendants. | |

I, RICHARD YOUNG, hereby declare and state as follows:

1. I am the Harbor Master and C.E.O. of the Crescent City Harbor District. I make this declaration on behalf of the application for an order to appoint substitute Custodian on behalf of Plaintiff CRESCENT CITY HARBOR DISTRICT, herein.

2. I am personally familiar with the facts stated herein, and if called to testify, could and would competently testify thereto.

DECLARATION OF SUBSTITUTE CUSTODIAN - 1

3. I believe the Crescent City Harbor District can safely and securely keep and maintain the vessel INTREPID in the place and stead of the United States Marshal during the pendency of the suit herein and until further order of this Court. In this regard, Crescent City Harbor District will perform the following services for the vessel INTREPID during its custodianship:

    a. Assume custody of the vessel as Substitute Custodian;

    b. Inventory all equipment and property on the vessel;

    c. Conduct on board inspections of the vessel for equipment condition and general maintenance needs;

    d. Provide additional services as necessary.

4. Crescent City Harbor District currently maintains a policy of marine operators' legal liability insurance with Fireman's Fund Insurance Company with a coverage limit of one million dollars and a policy of general liability with Travelers Insurance Company with a limit of one million dollars per occurrence, which will protect those having an interest in the vessel during its custodianship.

5. On November 28, 2007, the vessel INTREPID was in danger of sinking and thus subsequently removed from the water by the Crescent City Harbor District. At that time, the vessel was without master or crew. The Crescent City Harbor District has since provided a place to store the vessel pending the resolution of this matter.

DECLARATION OF SUBSTITUTE CUSTODIAN - 2

6. Since the Crescent City Harbor District is already providing for the safekeeping of the vessel INTREPID, it will continue to do so at no extra charge.

7. I believe that the United States Marshal is unable to perform the above-described services at a comparable price.

8. Crescent City Harbor District agrees to accept substitute custodianship of the vessel INTREPID, her engines and appurtenances, in accordance with the order of this Court.  As substitute custodian, Crescent City Harbor District agrees to hold harmless and indemnify the United States and the U.S. Marshal's Service from any and all claims whatsoever arising out of the substitute custodian's negligence in possession and safekeeping.

I declare under penalty of perjury that the foregoing is true and correct; and that the declaration was executed on April ___, 2008 at Crescent City, California.

_____
RICHARD YOUNG

DECLARATION OF SUBSTITUTE CUSTODIAN - 3

6. Since the Crescent City Harbor District is already providing for the safekeeping of the vessel INTREPID, it will continue to do so at no extra charge.

7. I believe that the United States Marshal is unable to perform the above-described services at a comparable price.

8. Crescent City Harbor District agrees to accept substitute custodianship of the vessel INTREPID, her engines and appurtenances, in accordance with the order of this Court. As substitute custodian, Crescent City Harbor District agrees to hold harmless and indemnify the United States and the U.S. Marshal's Service from any and all claims whatsoever arising out of the substitute custodian's negligence in possession and safekeeping.

I declare under penalty of perjury that the foregoing is true and correct; and that the declaration was executed on April ___, 2008 at Crescent City, California.

RICHARD YOUNG

DECLARATION OF SUBSTITUTE CUSTODIAN - 3