Robert N. Black,  SBN 70178
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone  707-464-7637
Fax    707-464-7647
Email  rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, ) | Case No.: CV 08 1007 JCS |
| ) | |
| Plaintiff, ) | NOTICE OF MOTION TO APPOINT |
| vs. ) | SUBSTITUTE CUSTODIAN |
| ) | PURSUANT TO Admir. L.R. 9-1. |
| Vessel INTREPID, Official Number ) | |
| 250385, her engines and ) | DATE:  May 16, 2008 |
| appurtenances, *in rem*, and ROBIN J. ) | TIME:  9:30AM |
| CONOVER, an individual, *in* ) | LOCATION:  Courtroom A, 15th Floor |
| *personam*, ) | |

_____  Defendants.  _____

To the above-named Defendant, ROBIN J. CONOVER, and her attorney:

NOTICE IS HEREBY GIVEN that on Friday, May 16, 2008, at 9:30AM, or as

soon thereafter as the matter may be heard, CRESCENT CITY HARBOR

DISTRICT, by its attorney, ROBERT N. BLACK, will move the Court to appoint

a substitute custodian for the safekeeping of the Defendant vessel INTREPID,

her engines and appurtenances, in lieu of the U.S. Marshal while said vessel is

under maritime arrest.  A copy of the motion and points and authorities is

served and filed herewith.  The motion will be made before Magistrate Judge

NOTICE OF MOTION TO APPOINT SUBSTITUTE CUSTODIAN - 1

1  Spero in Courtroom A, 15th Floor, located at 450 Golden Gate Avenue, San
2  Francisco, California.
3  Dated:
4
5                                        ROBERT N. BLACK
                                         Attorney for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF MOTION TO APPOINT SUBSTITUTE CUSTODIAN - 2