UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, ) | Case No.: CV 08 1007 JCS |
| ) | |
| Plaintiff, ) | (PROPOSED) ORDER APPOINTING |
| ) | SUBSTITUTE CUSTODIAN |
| vs. ) | |
| ) | |
| Vessel INTREPID, Official Number ) | |
| 250385, her engines and ) | |
| appurtenances, *in rem*, and ROBIN J. ) | |
| CONOVER, an individual, *in* ) | |
| *personam*, | |
| | |
| Defendants. | |

Plaintiff CRESCENT CITY HARBOR DISTRICT, by its attorney, ROBERT N. BLACK, having appeared and made the following recitals:

1. On February 19, 2008, the complaint herein was filed praying that the vessel INTREPID, her engines and appurtenances, be condemned and sold to pay Plaintiff CRESCENT CITY HARBOR DISTRICT'S demands and claims and for other proper relief.

2. On February 28, 2008, the Clerk of this Court issued a Warrant for Arrest of Vessel commanding the United States Marshal for this District to arrest and

ORDER APPOINTING SUBSTITUTE CUSTODIAN - 1

take into custody the Defendant vessel INTREPID and to detain the same in his custody until further order of this Court respecting the same.

3. It is contemplated that the United States Marshal will seize the Defendant vessel INTREPID forthwith.  Custody by the United States Marshal requires the services of one or more keepers alone and not including charges for wharfage and the other services usually associated with safekeeping vessels similar to the INTREPID.

4. The Defendant vessel INTREPID is currently on land on Crescent City Harbor District property near the Harbor District office.  The Crescent City Harbor District has agreed to assume the responsibility of safekeeping the vessel INTREPID and has consented to act as her custodian until further Order of this Court, including storage and routine services required for the safekeeping of the particular vessel, at no charge.  The United States Marshal is unable to perform or to have performed at a comparable rate these same services.

5. The Crescent City Harbor District by declaration avers that it has adequate facilities and supervision for the proper safekeeping of the vessel and that it possesses insurance, marina operators' legal liability policy with Fireman's Fund Insurance Company with a limit of one million dollars and a policy of general liability with Travelers Insurance Company with a limit per occurrence of one million dollars, adequate to respond in damages for loss or injury to the vessel INTREPID or for damage sustained by third parties due to any acts, faults, or negligence by said substitute custodian.  Further,

ORDER APPOINTING SUBSTITUTE CUSTODIAN - 2

in said declaration substitute custodian accepts, in accordance with the terms of this order, possession of the vessel INTREPID, her engines and appurtenances, which is the subject of the action herein.

6. Plaintiff CRESCENT CITY HARBOR DISTRICT, in consideration of the Marshal's consent to the substitution of custody, agrees to release the United States and the Marshal from any and all liability and responsibility arising out of care and custody of the Defendant vessel INTREPID, her engines and appurtenances, from the time the Marshal transfers possession of said vessel over to said substitute custodian, and said Plaintiff CRESCENT CITY HARBOR DISTRICT further agrees to hold harmless and indemnify the United States and the Marshal from any and all claims whatsoever arising out of the Substitute Custodian's possession and safekeeping.

**Therefore, It Is Hereby Ordered** that the United States Marshal for the Northern District of California be, and he is hereby authorized and directed, forthwith upon his seizure of the vessel INTREPID, her engines and appurtenances, pursuant to said Warrant for Arrest, to surrender the possession thereof to the substitute custodian named herein, and that upon such surrender the Marshal shall be discharged from his duties and responsibilities for the safekeeping of said vessel and held harmless from any and all claims arising whatever our of said substituted possession and safekeeping.

ORDER APPOINTING SUBSTITUTE CUSTODIAN - 3

**It Is Further Ordered** that Crescent City Harbor District be, and is hereby, appointed the custodian of the vessel INTREPID to retain the same in its custody for possession and safekeeping for the aforementioned compensation until further order of this Court.

**It Is Further Ordered** that all expenses for the safekeeping of the vessel INTREPID shall be deemed administrative expenses of the Marshal.

Dated: __April 16, 2008__

_____
JOSEPH C. SPERO
United States Magistrate Judge

ORDER APPOINTING SUBSTITUTE CUSTODIAN - 4