Robert N. Black,  SBN 70178
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone   707-464-7637
Fax        707-464-7647
Email    rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, )<br>)<br>         Plaintiff,                                    )<br>)<br>     vs.                                                     )<br>)<br>Vessel INTREPID, Official Number  )<br>250385, her engines and                  )<br>appurtenances, *in rem*, and ROBIN J. )<br>CONOVER, an individual, *in*            )<br>*personam*,                                          )<br>)<br>         Defendants.                              ) | Case No.: CV 08 1007 JCS<br><br>REQUEST FOR TELEPHONIC APPEARANCE<br><br>DATE:  May 16, 2008<br>TIME:  9:30AM<br>LOCATION:  Courtroom A, 15th Floor |

To the Clerk of the above-entitled Court:

   Plaintiff CRESCENT CITY HARBOR DISTRICT'S attorney, ROBERT N. BLACK, requests that he be permitted to make his Motion for Order Appointing Substitute Custodian in the above-entitled action by telephonic appearance. The motion is scheduled to be heard on Friday, May 16, 2008 at 9:30AM.  Mr. Black makes this request based on the following:

REQUEST FOR TELEPHONIC APPEARANCE - 1

1. The Plaintiff CRESCENT CITY HARBOR DISTRICT and its attorney, Mr. Black, are located in Crescent City, California, a seven hour drive from the District Courthouse.

2. A physical appearance by Mr. Black would greatly add to the expense of this action for Plaintiff.

3. Mr. Black believes it is highly unlikely that the Defendant, or her attorney, will appear for this hearing.

4. Mr. Black has a landline in his office which will be ready and able to accept the call from the District Court at 9:30AM, or as soon thereafter as the matter may be heard, on the day of the hearing.

5. The phone number is 707-464-7637.

Dated: April 7, 2008                          /s/ *Robert N. Black*

                                              ROBERT N. BLACK
                                              Attorney for Plaintiff

Dated: April 16, 2008

IT IS HEREBY ORDERED that this Motion is DENIED as Moot. IT IS SO ORDERED.



REQUEST FOR TELEPHONIC APPEARANCE - 2