UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRESCENT CITY HARBOR DISTRICT

                      Plaintiff(s),

                      v.

Vessel Intrepid, Official Number 250385 and
her engines and appurtenances, in rem, and
ROBIN I. CONOVER, an individual, in

                      Defendant(s).

CASE NO. CV 08 1007 JCS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓  have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| ROBERT N. BLACK | CRESCENT CITY HARBOR | 707-464-7637 | rblack@attyblack.com |

Defendant Conover has communicated to counsel that she has no interest in participating or defending in

this lawsuit. Therefore, any attempts at ADR would be fruitless.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 05/09/08

                                                   Attorney for Plaintiff

Dated: _____

                                                   Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."