Robert N. Black,  SBN 70178
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone  707-464-7637
Fax    707-464-7647
Email  rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, ) | Case No.: **CV 08 1007 JCS** |
| ) | |
| Plaintiff, ) | CERTIFICATION OF INTERESTED |
| ) | ENTITIES OR PERSONS |
| vs. ) | |
| ) | |
| Vessel INTREPID, Official Number ) | |
| 250385, her engines and ) | |
| appurtenances, *in rem*, and ROBIN J. ) | |
| CONOVER, an individual, *in* ) | |
| *personam*, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:

ROBERT N. BLACK
Attorney for Plaintiff

CERTIFICATION - 1