Robert N. Black,  SBN 70178
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone   707-464-7637
Fax     707-464-7647
Email   rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br><br>        Plaintiff,<br><br>  vs.<br><br>Vessel INTREPID, Official Number 250385, her engines and appurtenances, *in rem*, and ROBIN J. CONOVER, an individual, *in personam*,<br><br>        Defendants. | Case No.: **CV 08 1007 JCS**<br><br>**CASE MANAGEMENT STATEMENT** |

1. <u>Jurisdiction and Service</u>.  CRESCENT CITY HARBOR DISTRICT asserts claims to foreclose a maritime lien and for debt against Defendants. This is a case of admiralty and maritime jurisdiction within the meaning of FRCivP 9(h). Both CONOVER and the vessel INTREPID were found and served within the District. No parties remain to be served.

2. <u>Facts</u>. In May 2004, the parties entered into a berthing agreement whereby CRESCENT CITY HARBOR DISTRICT agreed to provide a berth for the vessel INTREPID and CONOVER agreed to pay berthing fees and related

CASE MANAGEMENT STATEMENT - 1

charges on a monthly basis. CONOVER has not made payment since July 20, 2005 and has not responded to requests for remuneration.

3. <u>Legal Issues</u>.  As CONOVER has not made an appearance in this case, there are no disputed legal issues.

4. <u>Motions</u>.

Prior Motions:  to appoint substitute custodian (granted)

Pending Motions:  to designate time to respond to publication

Anticipated Motions:  default judgment and sale of vessel

5. <u>Amendment of Pleadings</u>. CRESCENT CITY HARBOR DISTRICT does not anticipate adding or dismissing any parties or claims.

6. <u>Evidence preservation</u>. No special steps to preserve evidence have been deemed necessary in this action.

7. <u>Disclosures</u>. Since Defendant CONOVER has failed to make an appearance, CRESCENT CITY HARBOR DISTRICT has not had a party with which to make disclosures.

8. <u>Discovery</u>. Since Defendant CONOVER has failed to make an appearance, no discovery has been taken and no discovery is anticipated. As a result there is no discovery plan.

9. <u>Relief</u>. CRESCENT CITY HARBOR DISTRICT seeks the following relief:

   a. Damages in the amount of $9,461.66, including berthage in the amount of $5722.00, services in the amount of $904.25, interest in the amount of $2101.01, and late payment fees in the amount of $734.30.

CASE MANAGEMENT STATEMENT - 2

   b. Costs of CRESCENT CITY HARBOR DISTRICT including administrative, custodial, court costs and reasonable attorney's fees plus interest thereon at the legal rate until paid or satisfied.

   c. Condemnation and sale of the vessel INTREPID to satisfy the judgment and the remainder as judgment against Defendant CONOVER.

   d. That the interests, liens, claims and equities of redemption of any and all persons and parties in or to the vessel INTREPID be foreclosed and forever barred.

10. <u>Settlement and ADR</u>. There have been no efforts at ADR and no prospects for settlement in this case for two reasons: (1) the Defendant has failed to make an appearance, and (2) CRESCENT CITY HARBOR DISTRICT needs a judgment by this Court foreclosing all other liens and claims against the vessel INTREPID so that it is not in the future liable for those claims.

11. <u>Consent to Magistrate Judge for All Purposes</u>. CRESCENT CITY HARBOR DISTRICT has already consented to have a magistrate judge conduct all proceedings in this action.

12. <u>Other References</u>. This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

13. <u>Narrowing of Issues</u>. The issues in this case do not need to be narrowed.

14. <u>Expedited Schedule</u>. Since CONOVER has yet to make an appearance, making CRESCENT CITY HARBOR DISTRICT the only participating party

in this case, the case could benefit from an expedited schedule with streamlined procedures. Given that CONOVER has not made an appearance, ADR requirements, case management conferences, and other processes which require the cooperation of both parties are not helpful in this case and should be dispensed with by the Court so that CRESCENT CITY HARBOR DISTRICT can move forward in this matter as expeditiously and as inexpensively as possible.

15. <u>Trial</u>. A trial is not anticipated in this matter, as CRESCENT CITY HARBOR DISTRICT plans to apply for a default judgment.

16. <u>Disclosure of Non-Party Interested Entities or Persons</u>. CRESCENT CITY HARBOR DISTRICT has filed its "Certification of Interested Entities or Persons." No such interests were reported.

Dated: 5/20/08                                    /s/ Robert N. Black
                                                  _____
                                                  ROBERT N. BLACK
                                                  Attorney for Plaintiff