Robert N. Black,  SBN 70178
299 I Street, Suite 11B
Crescent City, CA 95531
Phone: 707-464-7637
Fax:    707-464-7647
Email: rblack@attyblack.com

Attorney for Plaintiff,
CRESCENT CITY HARBOR DISTRICT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, | Case No.:  **CV 08 1007 JCS** |
| Plaintiff, | NOTICE AND MOTION FOR COURT TO DESIGNATE TIME FOR RESPONSES TO AND CONTENTS OF PUBLICATION UNDER FRCivP SUPP RULES C(4), C(6) AND ADMIR. L.R. 4-2 |
| vs. | |
| Vessel INTREPID, Official Number 250385,and her engines and appurtenances, *in rem*, and ROBIN J. CONOVER, *in personam*, | |
| Defendants. | DATE:  June 27, 2008 TIME:  9:30 AM LOCATION:  Courtroom A, 15th Floor |

I.  NOTICE

To the above-named Defendant, ROBIN J. CONOVER, and her attorney:

NOTICE IS HEREBY GIVEN that on Friday, June 27, 2008, at 9:30 AM, or as soon thereafter as the matter may be heard, CRESCENT CITY HARBOR DISTRICT, by its attorney, ROBERT N. BLACK, will move the Court to designate time for responses to, and contents of, publication under FRCivP Supp. (C)(4), (C)(6) and Admir. L.R. 4-2.  The motion will be made before Magistrate Judge Spero in Courtroom A, 15th Floor, located at 450 Golden Gate Avenue, San Francisco, California.

MOTION TO DESIGNATE PUBLICATION - 1

## II.  MOTION

As a warrant of arrest was issued on February 28, 2008 and execution of process on the vessel INTREPID was effected on May 6, 2008, as the vessel INTREPID has not been released in accordance with Rule E(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and as claims and answers have not been filed with the Clerk of this Court as of May 19, 2008, Plaintiff CRESCENT CITY HARBOR DISTRICT, in accordance with Rule C(4) and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims moves this Court to establish a deadline for persons making claims to the vessel to respond to the publication and to direct that the notice involved shall include:

(1) a statement that any person who asserts a right of possession or any ownership interest in the property pursuant to FRCivP Supp C(6)(b) must file a verified statement of right or interest within 10 days of the date of execution of process and an answer within 20 days after the statement of right or interest is filed, otherwise default may be entered and condemnation ordered;  and

(2) a statement that applications for intervention under FRCivP 24 by persons claiming maritime liens or other interests against the property shall be filed within the time as fixed by the Court.

## III.  POINTS AND AUTHORITIES

1. <u>Publication is required</u>.  If the vessel is not released within 10 days after execution, the plaintiff must promptly give notice of the arrest in a newspaper designated by court order and having general circulation in the district.[1]  The defendant vessel INTREPID was arrested and served on May

---

[1] FRCivP Supp C(4).

MOTION TO DESIGNATE PUBLICATION - 2

6, 2008.[2]  Ten days passed on the end of business May 16, 2008 and the vessel has not been released.[3]  According to the rule, CRESCENT CITY HARBOR DISTRICT must now publish notice of the action and arrest in a designated newspaper.

2. <u>Newspapers of general circulation have been designated</u>.  The local rules for this District designate The Recorder and The San Francisco Daily Journal as newspapers of general circulation within the district for purposes of publishing official notices.[4]  Therefore, a court order is not necessary to designate a newspaper for publication and CRESCENT CITY HARBOR DISTRICT may publish notice in either of the aforementioned newspapers.

3. <u>Certain statements are required</u>.  The local admiralty rules require that certain statements be contained within the notice including:

(i) "[A] statement that any person who asserts a right of ownership or any ownership interest in the property pursuant to FRCivP Supp C(6)(b) must file a verified statement of right or interest within the period specified by court order, of if the court has not fixed a case-specific deadline, within the period prescribed by Rule C(6)(b)(i)(A) of the Supplemental rules for Certain Admiralty and Maritime claims."[5]

(ii) A statement that any person required to file a verified statement of right or interest must also file and serve an answer to the complaint

---

[2] Counsel Decl. ¶ 2.
[3] Counsel Decl. ¶ 3.
[4] Civil L.R. 77-4.
[5] Admir. L.R. 4-2(a)(5)(ii).

within twenty days after filing the statement of interest or right, and that otherwise, default may be entered and condemnation ordered."[6]

(iii) "[a] statement that applications for intervention under FRCivP 24 by persons claiming maritime liens or other interests against the property shall be filed within the time fixed by the court."[7]

CRESCENT CITY HARBOR DISTRICT will publish a notice which includes these statements as refined by court order. The Court has discretion to set a deadline for responses under paragraph (i) or to use the deadline provided in the Supplemental Rules.[8] Paragraph (ii) is mandatory as is.[9] Paragraph (iii) requires the Court to designate a deadline.[10]

4. <u>Time for responding to publication is to be set by the Court</u>. The discretion in paragraph 3(i) above refers to FRCivP Supp C(6)(b)(i)(A) which requires that "a person who asserts a right of possession or ownership in the property" file a verified statement of right or interest within 10 days after the earlier of the execution of process, or completed publication of notice. As the Admiralty Local Rules point out in the commentary to Admir. L.R. 4-2, execution of process will always be earlier than completed publication in this situation.

5. <u>Conclusion</u>. In accordance with the Supplemental Rules for Certain Admiralty and Maritime Claims and the local Admiralty Rules of this

---

[6] Admir. L.R. 4-2(a)(6).
[7] Admir. L.R. 4-2(a)(7).
[8] Admir. L.R. 4-2(a)(5)(ii).
[9] Admir. L.R. 4-2(a)(6).

District, the Court shall set forth deadlines for which interested parties are to respond to the publication of notice.  CRESCENT CITY HARBOR DISTRICT will include these deadlines in the notice as required.

Dated: 5/20/08

/s/ Robert N. Black

ROBERT N. BLACK
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CRESCENT CITY HARBOR DISTRICT, )

               Plaintiff,

      vs.

Vessel INTREPID, Official Number
250385,and her engines and
appurtenances, *in rem*, and ROBIN J.
CONOVER, *in personam*,


             Defendants.

_____

Case No.: **CV 08 1007 JCS**

(PROPOSED) ORDER DESIGNATING
TIME FOR RESPONSES TO AND
CONTENTS OF PUBLICATION UNDER
FRCivP SUPP RULES C(4), C(6) AND
ADMIR. L.R. 4-2

Upon motion of Plaintiff CRESCENT CITY HARBOR DISTRICT, it is

ORDERED this _____ day of _____, 2008, that notice of the action and

arrest shall identify the action and arrest and shall include:

     (1) a statement that any person who asserts a right of possession or any

ownership interest in the property pursuant to FRCivP Supp C(6)(b) must file a

verified statement of right or interest within 10 days of the date of execution of

process and an answer within 20 days after a statement of right or interest is

filed, otherwise default may be entered and condemnation ordered;  and

     (2) a statement that applications for intervention under FRCivP 24 by

persons claiming maritime liens or other interests against the property shall be

filed within 20 after days of the date of execution.


_____
JOSEPH C. SPERO
United States Magistrate Judge

ORDER DESIGNATING NEWSPAPER - 1