Robert N. Black, SBN 70178
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone  707-464-7637
Fax    707-464-7647
Email  rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Vessel INTREPID, Official Number 250385, her engines and appurtenances, *in rem*, and ROBIN J. CONOVER, an individual, *in personam*,<br><br>　　　　Defendants. | Case No.: **CV 08 1007 JCS**<br><br>DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR COURT TO DESIGNATE TIME FOR RESPONSES AND CONTENTS OF PUBLICATION |

I, ROBERT N. BLACK, hereby declare and state:

1. A warrant of arrest for the vessel INTREPID was issued by this Court on February 28, 2008.

2. The vessel INTREPID was arrested and served on May 6, 2008 by Deputy U.S. Marshal Brad Gill.

3. As of May 19, 2008, the vessel INTREPID has not been released in accordance with FRCivP Supp Rule E(5).

DECLARATION OF COUNSEL - 1

4.  As of May 19, 2008, no claims or answers have been filed with the Clerk of this Court.

I declare under penalty of perjury that the foregoing is true and correct; and that the declaration was executed on May 19, 2008 at Crescent City, California.

Dated: 5/20/08                                           /s/ Robert N. Black
                                                         _____
                                                         ROBERT N. BLACK
                                                         Attorney for Plaintiff

DECLARATION OF COUNSEL - 2