# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO.  C 08-01007 JCS**

**CASE NAME: CRESCENT CITY HARBOR v. VESSEL INTREPID**

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY**: Lili M. Harrell

| | |
|---|---|
| **DATE**: May 30, 2008 | **COURT REPORTER**: Not reported<br>**TIME: 6 min** |
| **COUNSEL FOR PLAINTIFF:**<br>  Robert Black (phone) | **COUNSEL FOR DEFENDANT:** |

**PROCEEDINGS:**                                                      **RULING:**

1. Status Conference                                                   Held

2.

3.

4.

_____

**ORDERED AFTER HEARING:**




_____

**ORDER TO BE PREPARED BY:**     () Plaintiff          () Defendant          () Court

**CASE CONTINUED TO: 6/27/08 at 9:30am for Plaintiff's Motion for Service by Publication [25].** Plaintiff's counsel may appear telephonically.

cc:     Chambers, Karen