1  Robert N. Black,  SBN 70178
2  299 I Street, Suite, 11B
   Crescent City, CA 95531
3  Phone  707-464-7637
   Fax      707-464-7647
4  Email   rblack@attyblack.com
5
   Attorney for Plaintiff,
6  Crescent City Harbor District

7

8               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10

11 | CRESCENT CITY HARBOR DISTRICT, )  Case No.: **CV 08 1007 JCS**
12 |                                )
   |         Plaintiff,             )  REQUEST FOR TELEPHONIC
13 |                                )  APPEARANCE
   |     vs.                        )
14 |                                )  DATE:  June 27, 2008
   | Vessel INTREPID, Official Number )  TIME:  9:30 AM
15 | 250385, her engines and        )  LOCATION:  Courtroom A, 15th Floor
16 | appurtenances, *in rem*, and ROBIN J. )
   | CONOVER, an individual, *in*   )
17 | *personam*,                    )

18
           Defendants.
19

20 To the Clerk of the above-entitled Court:

21    Plaintiff CRESCENT CITY HARBOR DISTRICT'S attorney, ROBERT N.

22 BLACK, requests that he be permitted to make his Motion for Order to

23 Designate Time for Responses to and Contents of Publication in the above-
24
   entitled action by telephonic appearance.  The motion is scheduled to be heard
25
26 on Friday, June 27, 2008 at 9:30 AM.  Mr. Black makes this request based on

27 the following:

28

                    REQUEST FOR TELEPHONIC APPEARANCE - 1

1. The Plaintiff CRESCENT CITY HARBOR DISTRICT and its attorney, Mr. Black, are located in Crescent City, California, a seven hour drive from the District Courthouse.

2. A physical appearance by Mr. Black would greatly add to the expense of this action for Plaintiff.

3. Mr. Black believes it is highly unlikely that the Defendant, or her attorney, will appear for this hearing.

4. Mr. Black has a landline in his office which will be ready and able to accept the call from the District Court at 9:30 AM, or as soon thereafter as the matter may be heard, on the day of the hearing.

5. The phone number is 707-464-7637.

Dated: 6/2/08                                           /s/ Robert N. Black

                                                        ROBERT N. BLACK
                                                        Attorney for Plaintiff