Robert N. Black, SBN 70178
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone   707-464-7637
Fax       707-464-7647
Email   rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Vessel INTREPID, Official Number )<br>250385, her engines and )<br>appurtenances, *in rem*, and ROBIN J. )<br>CONOVER, an individual, *in* )<br>*personam*, )<br>)<br>Defendants. | Case No.: **CV 08 1007 JCS**<br><br>REQUEST FOR TELEPHONIC APPEARANCE<br><br>DATE: June 27, 2008<br>TIME: 9:30 AM<br>LOCATION: Courtroom A, 15th Floor |

To the Clerk of the above-entitled Court:

   Plaintiff CRESCENT CITY HARBOR DISTRICT'S attorney, ROBERT N. BLACK, requests that he be permitted to make his Motion for Order to Designate Time for Responses to and Contents of Publication in the above-entitled action by telephonic appearance.  The motion is scheduled to be heard on Friday, June 27, 2008 at 9:30 AM.  Mr. Black makes this request based on the following:

REQUEST FOR TELEPHONIC APPEARANCE - 1

1. The Plaintiff CRESCENT CITY HARBOR DISTRICT and its attorney, Mr. Black, are located in Crescent City, California, a seven hour drive from the District Courthouse.

2. A physical appearance by Mr. Black would greatly add to the expense of this action for Plaintiff.

3. Mr. Black believes it is highly unlikely that the Defendant, or her attorney, will appear for this hearing.

4. Mr. Black has a landline in his office which will be ready and able to accept the call from the District Court at 9:30 AM, or as soon thereafter as the matter may be heard, on the day of the hearing.

5. The phone number is 707-464-7637.

Dated: 6/2/08                                             /s/ Robert N. Black

                                                          ROBERT N. BLACK
                                                          Attorney for Plaintiff

Dated: June 9, 2008    

REQUEST FOR TELEPHONIC APPEARANCE - 2