**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CRESCENT CITY HARBOR DISTRICT | CV 08-1007 JCS |
| DEFENDANT | TYPE OF PROCESS |
| VESSEL INTREPID, OFFICIAL NO. 250385, her engines and appurtenances | ARREST OF VESSEL |

**SERVE AT**
- NAME: VESSEL INTREPID, OFFICIAL NO. 250385, her engines and appurtenances
- ADDRESS: 101 Citizens Dock Road, Crescent City, CA 95531

FILED
JUN 13 2008
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Robert N. Black, Attorney
299 I Street, Suite 11B
Crescent City, CA 95531

Number of parties to be served in this case: 2

08 APR 23 PM 12:12
RECEIVED
UNITED STATES MARSHAL

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

INTREPID is currently upon land next to the Harbor District office located at the above-indicated address. The Harbor District will be serving as the Substitute Custodian. Office hours are M-F, 8 AM to 4 PM.
Harbor Master: Richard Young
Phone # 707-464-6174 (ext. 24) (cell # 707-954-0892)
Attorney: Robert Black
Phone # 707-464-7637 (cell # 707-218-8331) (home # 707-457-3005)

Signature of Attorney: [signed] — PLAINTIFF
TELEPHONE NUMBER: 707-464-7637
DATE: 4/21/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

Total Process: 1
District of Origin: 11
District to Serve: 11
Signature of Authorized USMS Deputy or Clerk: [signed]
Date: 04/23/08

I hereby certify and return that I ... have executed as shown in "Remarks"...

Date: 5/6/08  Time: 3:00 pm

Signature of U.S. Marshal or Deputy: [signed] BRAD GILL, Deputy US Marshal

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed |
|---|---|---|---|---|---|
| 180.00 | 84.84 | | 264.84 | 2,000.00 | $0.00 |

REMARKS: Arrested Vsl - posted Notice and attached Warrant. Vsl transferred to Cust under Sub-Custodian. 4 hrs Service 168 miles RT

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00