# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 08-01007 JCS

**CASE NAME:** CRESCENT CITY HARBOR v. VESSEL INTREPID

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: June 27, 2008    **TIME: 3 mins** | **COURT REPORTER**: Lydia Zinn |
| **COUNSEL FOR PLAINTIFF:** Robert Black*(T) | **COUNSEL FOR DEFENDANT:** No appearance |

**PROCEEDINGS:**                                    **RULING:**

1. Pla's Motion for Court to Designate Time for          Granted
Responses to and Contents of Publication [Docket No. 25]

_____

**ORDERED AFTER HEARING:**

_____

**ORDER TO BE PREPARED BY:**        () Plaintiff     () Defendant     () Court

**CASE CONTINUED TO:**   8/22/08 at 1:30 p.m., for a telephonic case mgmt conference.
_____

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**   at 1:30 p.m. |
| **Trial Date:**   at 8:30 a.m.  ()Jury  ()Court   Set for   days | | |

_____

**cc:**    Chambers; Karen
* (T) = Telephonic Appearance