UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Vessel INTREPID, Official Number 250385, and her engines and appurtenances, *in rem*, and ROBIN J. CONOVER, *in personam*,<br><br>　　　　Defendants. | Case No.: **CV 08 1007 JCS**<br><br>(PROPOSED) ORDER DESIGNATING TIME FOR RESPONSES TO AND CONTENTS OF PUBLICATION UNDER FRCivP SUPP RULES C(4), C(6) AND ADMIR. L.R. 4-2 |

Upon motion of Plaintiff CRESCENT CITY HARBOR DISTRICT, it is ORDERED this  27th   day of  June  , 2008, that notice of the action and arrest shall identify the action and arrest and shall include:

　　(1) a statement that any person who asserts a right of possession or any ownership interest in the property pursuant to FRCivP Supp C(6)(b) must file a verified statement of right or interest within 10 days of the date of execution of process and an answer within 20 days after a statement of right or interest is filed, otherwise default may be entered and condemnation ordered; and

　　(2) a statement that applications for intervention under FRCivP 24 by persons claiming maritime liens or other interests against the property shall be filed within 20 after days of the date of execution.



_____
JOSEPH C. SPERO
United States Magistrate Judge

ORDER DESIGNATING NEWSPAPER - 1