Robert N. Black, SBN 70178
299 I Street, Suite 11B
Crescent City, CA 95531
Phone: 707-464-7637
Fax:   707-464-7647
Email: rblack@attyblack.com

Attorney for Plaintiff,
CRESCENT CITY HARBOR DISTRICT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br><br>    Plaintiff,<br><br>    vs.<br><br>Vessel INTREPID, Official Number 250385, and her engines and appurtenances, *in rem*, and ROBIN J. CONOVER, *in personam*,<br><br>    Defendants. | Case No.: CV 08 1007 JCS<br><br>NOTICE TO CLERK OF PUBLICATION OF NOTICE OF ARREST |

To the Clerk of the above-entitled Court:

Please take notice that the Notice of Arrest of Vessel Intrepid, Official Number 250385 was published in The San Francisco Daily Journal on July 15, 2008. Proof of Publication is attached hereto.

Dated: 7/18/08

                                                     ROBERT N. BLACK
                                                     Attorney for Plaintiff

NOTICE TO CLERK OF PUBLICATION OF NOTICE - 1

**SAN FRANCISCO DAILY JOURNAL**
~ SINCE 1893 ~

44 MONTGOMERY ST STE 250, SAN FRANCISCO, CA 94104
Telephone (800) 640-4829 / Fax (510) 465-1657

This space for filing stamp only

BLACK, ROBERT N
299 I STREET STE 11B
CRESCENT CITY, CA - 95531

SF#: 1384697

**NOTICE OF ARREST OF VESSEL INTREPID, OFFICIAL NUMBER 250385**
Case No.: CV081007JCS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
CRESCENT CITY HARBOR DISTRICT, Plaintiff,
vs.
Vessel INTREPID, Official Number 250385, and her engines and appurtenances, in rem, and ROBIN J. CONOVER, in personam, Defendants.
NOTICE IS HEREBY GIVEN that on May 6, 2008, Deputy U.S. Marshal Brad Gill arrested the vessel INTREPID, Official Number 250385, in Crescent City, California pursuant to a warrant of arrest issued by the Clerk of this Court upon the filing of a verified complaint in the above action. Any person asserting a right of possession or any ownership interest in the property pursuant to FRCivP Supp C(6)(b) must file a verified statement of right or interest within 10 days after execution of process, and must file an answer to the complaint herein within 20 days thereafter. Otherwise, default may be entered and condemnation ordered. Applications for intervention under FRCivP 24 by persons claiming maritime liens or other interests against the property shall be filed within 20 days after the date of execution.
ROBERT N. BLACK Attorney for Plaintiff
299 I Street, Suite 11B Crescent City, CA 95531
Brad Gill
Deputy U.S. Marshal
514 H Street
Eureka, CA 95502
707-442-4875
7/15/08

SF-1384697#

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California      )
County of SAN FRANCISCO ) ss

Notice Type:   CIV1 - CIVIL PUBLICATION

Ad Description:  CV081007JCS CRESCENT CITY HARBOR DISTRICT V. VESSEL INTREPID

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SAN FRANCISCO DAILY JOURNAL, a newspaper published in the English language in the city of SAN FRANCISCO, county of SAN FRANCISCO, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN FRANCISCO, State of California, under date 06/28/1990, Case Nos. 670493 and 18,469. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

07/15/2008

Executed on: 07/15/2008
At SAN FRANCISCO, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.


Signature

*A00000728345*