Robert N. Black, SBN 70178
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone  707-464-7637
Fax    707-464-7647
Email  rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,  )  | Case No.: CV 08 1007 JCS |
| ) | |
| Plaintiff, ) | REQUEST TO ENTER DEFAULT OF |
| ) | ROBIN J. CONOVER |
| vs. ) | |
| ) | |
| Vessel INTREPID, Official Number ) | |
| 250385, her engines and ) | |
| appurtenances, *in rem*, and ROBIN J. ) | |
| CONOVER, an individual, *in* ) | |
| *personam*, | |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA:

CRESCENT CITY HARBOR DISTRICT requests that the Clerk of this Court enter the default of ROBIN J. CONOVER, defendant, for failure to please or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based on the declaration of ROBERT BLACK, counsel for plaintiff, which shows:

REQUEST FOR DEFAULT - 1

1. CONOVER was served with the summons and complaint on April 10, 2008.

2. The Proof of Service filed with this Court on April 15, 2008 establishes that service was proper pursuant to Rule 4 of the Federal Rules of Civil Procedure. A file-stamped copy of the Proof of Service is attached to the Declaration of ROBERT BLACK as Exhibit "A."

3. CONOVER has failed to plead or otherwise respond to the complaint.

4. The applicable time limit for responding has expired.

5. CONOVER is not an infant or an incompetent person.

Dated: 8/6/08

ROBERT N. BLACK
Attorney for Plaintiff