Robert N. Black, SBN 70178
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone   707-464-7637
Fax     707-464-7647
Email   rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, ) | Case No.: CV 08 1007 JCS |
| ) | |
| Plaintiff, ) | COUNSEL DECLARATION IN |
| ) | SUPPORT OF REQUEST TO ENTER |
| vs. ) | DEFAULT |
| ) | |
| Vessel INTREPID, Official Number ) | |
| 250385, her engines and ) | |
| appurtenances, *in rem*, and ROBIN J. ) | |
| CONOVER, an individual, *in* ) | |
| *personam*, | |
| | |
| Defendants. | |

I, ROBERT N. BLACK, declare and state as follows:

1. Conover was served with summons and complaint on April 10, 2008 as evidenced by the Return of Service attached hereto as Exhibit "A."

2. Conover has yet to answer the complaint as of the date of this request.

3. The applicable twenty days within which to file an answer, per Rule 12(a) of the Federal Rules of Civil Procedure, passed on April 30, 2008.

4. Conover is not an infant and believed to be competent.

COUNSEL DECLARATION - 1

I declare under penalty of perjury that the foregoing is true and correct; and that the declaration was executed on August 6, 2008 at Crescent City, California.

*[signature]*
ROBERT N. BLACK
Attorney for Plaintiff

COUNSEL DECLARATION - 2

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me¹ (See Attachment of list of documents) DATE 4-10-2008 |
| Name of SERVER: Deyanne Dusty Harrison   TITLE: |
| Check one box below to indicate appropriate method of service |

☒ Served Personally upon the Defendant. Place where served:
1419 Dorchester Drive
Roseville, CA 95678    3:40pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $80.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-10-2008
            Date

Signature of Server: Deyanne Dusty Harrison

DEYANNE "DUSTY" HARRISON
P.O. BOX 1695
LOOMIS, CA 95650
PLACER COUNTY # 05-002
916-759-3759

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

EXHIBIT A (PAGE 1 of 2)

**Return of Service (attachment of documents served)**

**Robin Conover** Case No. CV 08 1007 JCS
Crescent City Harbor District v. Vessel Inrepid, Official Number 250385 and her engines and appurtenances, *in rem*, and Robin J Conover, an individual, *in personam*

1. Summons
2. Complaint
3. ECF Registration Handout
4. [Proposed] Order Granting application for issuance of warrant for arrest of Vessel
5. Notice of Request for Review in Accordance with FRCivP SuppC
6. Memorandum of Points and Authorities in Support of Motion for Issuance of Warrant for arrest of Vessel
7. Notice of Assignment of Case w consent to proceed before a Maj. Judge and declination to proceed request for reassignment to a US district judge
8. Signed Consent to proceed before a US Magistrate Judge
9. Warrant for arrest of vessel and appurtenances
10. Errata Correction Submittal of Omitted Exhibit A to Complaint
11. Motion for Substitute Custodian
12. Notice of Motion for substitute Custodian
13. Counsel Declaration in Support of Substitute Custodian
14. Declaration of Substitute Custodian
15. Order for Substitute Custodian
16. Request for Telephonic Appearance

EXHIBIT A (PAGE 2 of 2)