Robert N. Black, SBN 70178
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone  707-464-7637
Fax    707-464-7647
Email  rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, )<br><br>       Plaintiff, )<br>  )<br>   vs. )<br>  )<br>Vessel INTREPID, Official Number )<br>250385, her engines and )<br>appurtenances, *in rem*, and ROBIN J. )<br>CONOVER, an individual, *in* )<br>*personam*, )<br><br>       Defendants. | Case No.: **CV 08 1007 JCS**<br><br>REQUEST FOR CHANGE TELEPHONIC APPEARANCE FROM August 22, 2008 at 1:30pm to<br><br>DATE:  August 15, 2008<br>TIME:  2:00 PM<br>LOCATION:  Courtroom A, 15th Floor |

To the Clerk of the above-entitled Court:

   Plaintiff CRESCENT CITY HARBOR DISTRICT'S attorney, ROBERT N. BLACK, requests that he be permitted to make change his telephonic case management conference in the above-entitled action from August 22, 2008 at 1:30 pm to August 15, 2008 at 2:00pm.    Mr. Black makes this request based on the following:

REQUEST TO CHANGE TELEPHONIC APPEARANCE - 1

1. Mr. Black will be at court in Sacramento on August 22, 2008 and likely not available after 1:50 pm and therefore needs to reschedule.
2. The phone number is 707-464-7637.

Dated: 8/11/08                                          /s/ Robert N. Black
                                                        _____
                                                        ROBERT N. BLACK
                                                        Attorney for Plaintiff

REQUEST TO CHANGE TELEPHONIC APPEARANCE - 2