**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 13, 2008

RE: <u>CV 08-01007 JCS</u>     <u>CRESCENT CITY HARBOR-v- VESSEL INTREPID</u>

Default is entered as to Robin J. Conover on August 13, 2008.


RICHARD W. WIEKING, Clerk

*Susan Imbriani*

by <u>Susan Imbriani</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89