# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 08-01007 JCS**

**CASE NAME:  CRESCENT CITY HARBOR v. VESSEL INTREPID**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 15, 2008        **TIME: 8 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Robert Black*(T) | <u>**COUNSEL FOR DEFENDANT:**</u><br>No appearance |

**PROCEEDINGS:**                                                              **RULING:**

1. Case Management Conference                                    Held.

___

**ORDERED AFTER HEARING:**

Plaintiff shall file, within 30 days, a Motion for Default Judgment and to Dismiss Defendant Conover, with hearing on the Motion to be set in November. If no Motion is filed the Court will hold a case management conference on 11/14/8 at 1:30 p.m.

___

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO:**   11/14/8 at 1:30 p.m., for a telephonic case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**       at 8:30 a.m.  ()Jury   ()Court    Set for    days | | |

**cc:**      Chambers; Karen
* (T) = Telephonic Appearance