UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENT CITY HARBOR, | Case No. C-08-01007 JCS |
| Plaintiff(s), | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| VESSEL INTREPID, ET AL., | |
| Defendant(s). | |

Following a case management conference held on **August 15, 2008,**

IT IS HEREBY ORDERED THAT:

1. Plaintiff agreed to dismiss Defendant Conover.  Plaintiff shall do so by a notice of dismissal within thirty (30) days.  Plaintiff shall file, within thirty (30) days, a Motion for Default Judgment, with hearing on the Motion to be set for November 2008.

2.  If no Motion is filed, the Court will hold a further case management conference on **November 14, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: August 18, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

cmcpto 8-18-8.wpd