Robert N. Black, SBN 70178
299 I Street, Suite 11B
Crescent City, CA 95531
Phone: 707-464-7637
Fax:   707-464-7647
Email: rblack@attyblack.com

Attorney for Plaintiff,
CRESCENT CITY HARBOR DISTRICT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>Vessel INTREPID, Official Number 250385, her engines and appurtenances, *in rem*, and ROBIN J. CONOVER, *in personam*, <br><br>　　　　Defendants. | Case No.: **CV 08 1007 JCS** <br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CONOVER |

TO THE CLERK OF THE COURT:

Please dismiss the cause of action against ROBIN J. CONOVER, *in personam*, without prejudice in the above-entitled case.

Dated: 8/27/08

　　　　　　　　　　　　　　　　　　　　ROBERT N. BLACK
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF DISMISSAL - 1