Robert N. Black,  SBN 70178
299 I Street, Suite 11B
Crescent City, CA 95531
Phone  707-464-7637
Fax    707-464-7647
Email  rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, | Case No.: CV 08 1007 JCS |
| Plaintiff, | MOTION FOR ORDER OF DEFAULT JUDGMENT AND POINTS AND AUTHORITIES |
| vs. | |
| Vessel INTREPID, Official Number 250385, her engines and appurtenances, *in rem*, | |
| Defendant. | |

## I. MOTION

Plaintiff, CRESCENT CITY HARBOR DISTRICT, by its attorney, states as follows:

1. On February 19, 2008, the captioned case was filed pursuant to 46 U.S.C. § 31342 to foreclose a maritime lien against the vessel INTREPID.

2. On April 10, 2008, counsel for CRESCENT CITY HARBOR DISTRICT had CONOVER served personally with summons, complaint and numerous other documents.  A true copy of the certificate of service dated April 10, 2008, is attached hereto as Exhibit A.

3. That the return of the United States Marshal for the Northern District of California filed herein discloses that on May 6, 2008, Deputy Marshal Brad Gill served a Warrant of Arrest upon the vessel INTREPID, and on the same

MOTION FOR DEFAULT JUDGMENT - 1

date he served a copy of the Complaint and Warrant of Arrest upon Richard Young, CEO/Harbor Master of CRESCENT CITY HARBOR DISTRICT, substitute custodian of the vessel at the time of the service of the Warrant of Arrest.

4. That a Certificate of Ownership of Vessel prepared by Nicole Schwab, Documentation Officer, United States Coast Guard, National Vessel Documentation Center, dated August 18, 2008, is attached as Exhibit B. Said Certificate discloses that the only owner of record is Defendant CONOVER and that there are no outstanding liens.

5. On July 15, 2008, Notice of Arrest was published in the San Francisco Daily Journal, a newspaper of general circulation in the Northern District of California. A copy of the Notice of Arrest is attached as Exhibit C.

6. That ROBIN J. CONOVER is the sole owner of the vessel INTREPID. CONOVER has not appeared to claim the vessel or answer the Complaint and is in default.

7. That CONOVER has not paid $6,659.46, the amount stated in the complaint, and the full amount is due and owing CRESCENT CITY HARBOR DISTRICT as shown in the declaration of Richard Young attached hereto as Exhibit D.

8. On August 13, 2008, default was entered against CONOVER.

9. That CRESCENT CITY HARBOR DISTRICT is entitled to judgment against CONOVER under FRCivP 55(b)(2).

10. That since CONOVER has not made an appearance in this case, she is not entitled to notice of this application and hearing.

WHEREFORE, Plaintiff CRESCENT CITY HARBOR DISTRICT prays judgment as follows:

1. That CRESCENT CITY HARBOR DISTRICT is the holder of a maritime lien against the vessel INTREPID.

2. For a default judgment against the vessel INTREPID, her engines and appurtenances, foreclosing the lien against the Defendant vessel.

MOTION FOR DEFAULT JUDGMENT - 2

3. That the lien on the vessel INTREPID be ordered foreclosed and title transferred to the CRESCENT CITY HARBOR DISTRICT.

## II. POINTS AND AUTHORITIES

THE COURT SHOULD ENTER JUDGMENT IN FAVOR OF CRESCENT CITY HARBOR DISTRICT AGAINST THE VESSEL INTREPID BECAUSE THE OWNER NOR ANY PARTY WITH AN INTEREST HAVE MADE AN APPEARANCE IN THIS ACTION WITHIN THE TIME ALLOWED.

1. <u>CONOVER has defaulted in this action</u>. CONOVER was served with summons and complaint on April 10, 2008. She had 20 days in which to respond and she failed, and has since failed, to do so.[1] Pursuant to FRCivP Section 55(a), the clerk of this court entered CONOVER'S default.

2. <u>CRESCENT CITY HARBOR DISTRICT seeks condemnation of the vessel INTREPID</u>. A default judgment must not differ in kind from, or exceed in amount, what is demanded in the pleadings.[2] CRESCENT CITY HARBOR DISTRICT has dismissed its suit against CONOVER, *in personam*, and only seeks that portion of the prayer for judgment relating to the vessel INTREPID.

3. <u>CRESCENT CITY HARBOR DISTRICT has given notice of the action and arrest by publication in the San Francisco Daily Journal; by serving the substitute custodian having custody of the property (CRESCENT CITY HARBOR DISTRICT); and by serving CONOVER, the only individual known to the CRESCENT CITY HARBOR DISTRICT to have an ownership interest in the vessel INTREPID</u>. Admir. L.R. 6-1(a) requires that before a default judgment is entered in an *in rem* action that notice of the action and arrest be given as required in FRCivP Supp C(4); by service upon the master or other person having custody of the property; and by service under FRCivP

---

[1] Fed. Rule of Civ. Proc. § 12(A)(1)(a) (2008).
[2] Fed. Rule of Civ. Proc. 54(c).

5(b) upon every other person who has not appeared in the action and is known to have an interest in the property. All potentially interested parties have been duly notified of this action.

4. <u>No one has filed a verified statement of right or interest in the vessel.</u> A default judgment may not be entered in an *in rem* action if any person files a verified statement of right or interest in the property.³ No such statement has been filed in this case making a default judgment appropriate.

5. <u>Foreclosure is the appropriate remedy.</u> As stated in the complaint, CRESCENT CITY HARBOR DISTRICT seeks to foreclose a maritime lien upon the vessel INTREPID for wharfage owed as provided in the Federal Maritime Lien Act.⁴ As the owner, CONOVER, has been personally served and has failed to make an appearance in this case and by publication all potentially interested persons were notified and failed to file any statement of interest, the lien on the vessel INTREPID should be ordered foreclosed and title transferred to the CRESCENT CITY HARBOR DISTRICT under a default judgment.

Dated: 8/27/08

ROBERT N. BLACK
Attorney for Plaintiff

---

³ Admir. L.R. 6-2.
⁴ 46 U.S.C.S. §§ 31341-31343 (2008).

**EXHIBIT A**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me¹ *(See Attachment of list of documents)*    DATE 4-10-2008 |
| Name of SERVER    Deyanne Dusty Harrison    TITLE |
| Check one box below to indicate appropriate method of service |

☑ Served Personally upon the Defendant. Place where served:
1419 Dorchester Drive
Roseville, CA 95678   3:40pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $80⁰⁰ |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-10-2008
            Date                                   Signature of Server

DEYANNE "DUSTY" HARRISON
P.O. BOX 1695
LOOMIS, CA 95650     Address of Server
PLACER COUNTY # 05-002
916-759-3759

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## Return of Service (attachment of documents served)

**Robin Conover**  Case No. CV 08 1007 JCS
Crescent City Harbor District v. Vessel Inrepid, Official Number 250385 and her engines and appurtenances, *in rem*, and Robin J Conover, an individual, *in personam*

1.  Summons
2.  Complaint
3.  ECF Registration Handout
4.  [Proposed] Order Granting application for issuance of warrant for arrest of Vessel
5.  Notice of Request for Review in Accordance with FRCivP SuppC
6.  Memorandum of Points and Authorities in Support of Motion for Issuance of Warrant for arrest of Vessel
7.  Notice of Assignment of Case w consent to proceed before a Maj. Judge and declination to proceed request for reassignment to a US district judge
8.  Signed Consent to proceed before a US Magistrate Judge
9.  Warrant for arrest of vessel and appurtenances
10. Errata Correction Submittal of Omitted Exhibit A to Complaint
11. Motion for Substitute Custodian
12. Notice of Motion for substitute Custodian
13. Counsel Declaration in Support of Substitute Custodian
14. Declaration of Substitute Custodian
15. Order for Substitute Custodian
16. Request for Telephonic Appearance

# EXHIBIT B

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-1330 (Rev. 7-2001) | UNITED STATES OF AMERICA NATIONAL VESSEL DOCUMENTATION CENTER, U.S.C.G. CERTIFICATE OF OWNERSHIP OF VESSEL | OMB APPROVED 2115-0110 |
|---|---|---|

NAME OF VESSEL:     INTREPID

OFFICIAL NUMBER:    250385

I CERTIFY THAT THE ABOVE-NAMED VESSEL IS OWNED AS FOLLOWS:

    ROBIN J CONOVER
    900 FERNDALE LANE
    CRESCENT CITY, CA UNITED STATES 95531

COD STATUS AND EXPIRATION DATE: EXPIRED

THE FOLLOWING ENCUMBRANCES ARE ON RECORD: NONE

DATE: August 18, 2008    TIME: 8:39 AM

*Nicole Schwab*
NICOLE SCHWAB
DOCUMENTATION OFFICER

**EXHIBIT C**

| | |
|---|---|
| SAN FRANCISCO DAILY JOURNAL<br>~ SINCE 1893 ~<br><br>44 MONTGOMERY ST STE 250, SAN FRANCISCO, CA 94104<br>Telephone (800) 640-4829 / Fax (510) 465-1657 | This space for filing stamp only |

BLACK, ROBERT N
299 I STREET STE 11B
CRESCENT CITY, CA - 95531

SF#: 1384697

**NOTICE OF ARREST OF VESSEL INTREPID, OFFICIAL NUMBER 250385**
Case No.: CV081007JCS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
CRESCENT CITY HARBOR DISTRICT, Plaintiff,
vs.
Vessel INTREPID, Official Number 250385, and her engines and appurtenances, in rem, and ROBIN J. CONOVER, in personam, Defendants.
NOTICE IS HEREBY GIVEN that on May 6, 2008, Deputy U.S. Marshal Brad Gill arrested the vessel INTREPID, Official Number 250385, in Crescent City, California pursuant to a warrant of arrest issued by the Clerk of this Court upon the filing of a verified complaint in the above action. Any person asserting a right of possession or any ownership interest in the property pursuant to FRCivP Supp C(6)(b) must file a verified statement of right or interest within 10 days after execution of process, and must file an answer to the complaint herein within 20 days thereafter. Otherwise, default may be entered and condemnation ordered. Applications for intervention under FRCivP 24 by persons claiming maritime liens or other interests against the property shall be filed within 20 days after the date of execution.
ROBERT N. BLACK Attorney for Plaintiff
299 I Street, Suite 11B Crescent City, CA 95531
Brad Gill
Deputy U.S. Marshal
514 H Street
Eureka, CA 95502
707-442-4875
7/15/08

SF-1384697#

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California )
County of SAN FRANCISCO ) ss

Notice Type:   CIV1 - CIVIL PUBLICATION

Ad Description:  CV081007JCS CRESCENT CITY HARBOR DISTRICT V. VESSEL INTREPID

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SAN FRANCISCO DAILY JOURNAL, a newspaper published in the English language in the city of SAN FRANCISCO, county of SAN FRANCISCO, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN FRANCISCO, State of California, under date 06/28/1990, Case Nos. 670493 and 18,469. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

07/15/2008

Executed on: 07/15/2008
At SAN FRANCISCO, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.


Signature

*A0000007 28345*

**EXHIBIT D**

**DECLARATION UNDER PENALTY OF PERJURY**

I, RICHARD YOUNG, declare and state as follows:

1. I am the Harbor Master and C.E.O. of the Crescent City Harbor District. I make this declaration on behalf of the motion for an order of default judgment against the vessel INTREPID.
2. I am personally familiar with the facts stated herein, and if called to testify, could and would competently testify thereto.
3. ROBIN J. CONOVER has incurred on behalf of the vessel INTREPID the following charges, as shown on her account:
   a. Wharfage:   $4234.00    July 2005 – August 2007
   b. Late fees:  $509.30     July 2005 – July 2007
   c. Interest:   $1053.27    July 2005 – July 2007
   d. Services:   $862.89     July 2005 – June 2006
      i. Services were for pumping water out of the boat to keep it from sinking on five separate occasions.

---

Total        $6,659.46

I declare under penalty of perjury that the foregoing is true and correct; and that the declaration was executed on 8/25/08, 2008 at Crescent City, California.

RICHARD YOUNG

DECLARATION - 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, | Case No.: CV 08 1007 JCS |
| Plaintiff, | (PROPOSED) ORDER OF DEFAULT JUDGMENT AND FORECLOSURE OF LIEN |
| vs. | |
| Vessel INTREPID, Official Number 250385, her engines and appurtenances, *in rem*, and ROBIN J. CONOVER, an individual, *in personam*, | |
| Defendants. | |

This action came before the Court, Honorable Joseph C. Spero, Magistrate Judge presiding, the issues having been duly tried and a decision having been duly rendered,

**IT IS ORDERED:**

1. That the CRESCENT CITY HARBOR DISTRICT recover of the Defendant vessel INTREPID the sum of $6659.46 and the costs of this action.
2. That a maritime lien be and the same is hereby fixed on the vessel INTREPID for the damages and costs herein provided, and that the vessel

ORDER - 1

INTREPID be and the same is hereby foreclosed with title transferred to the CRESCENT CITY HARBOR DISTRICT.

**Done And Ordered** in Chambers at _____ this \_\_\_ day of _____, 2008.

_____
JOSEPH C. SPERO
United States Magistrate Judge

We hereby consent to the entry of judgment in the form prefixed hereto.

*[signature]*
ROBERT N. BLACK
Attorney for Plaintiff